

# Fourth Court of Appeals
## San Antonio, Texas

October 1, 2025

No. 04-25-00321-CV

**IN RE Jasmyn RAWLINS**

Original Proceeding[1]

**ORDER**

Sitting:      Irene Rios, Justice
              Adrian A. Spears, II, Justice
              Velia J. Meza, Justice

On May 21, 2025, relator filed a petition for writ of mandamus and motion for temporary relief to stay temporary orders orally rendered in the underlying suit affecting the parent-child relationship. We reserved ruling on the motion for temporary orders pending supplementation of the record with the signed order and invited the real party in interest and the respondent to submit a response to the petition and motion. Relator supplemented the record with the signed order on July 31, 2025. No response to the petition for writ of mandamus or motion for temporary relief has been filed. Nonetheless, the failure to file a response is not dispositive of the petition or motion. *See* TEX. R. APP. P. 52.4 and 52.8(a).

Having reviewed the petition, motion, and applicable law, this court concludes that relator is not entitled to the relief sought. *See* TEX. R. APP. P. 52.8(a) The petition for writ of mandamus is **DENIED**. The motion for temporary relief is **DENIED AS MOOT**.

It is so **ORDERED** on October 1, 2025.

_____
Irene Rios, Justice

---

[1]This proceeding arises out of Cause No. 24826B, styled *In the Interest of G.L.H., a child*, pending in the 198th Judicial District Court, Kerr County, Texas, the Honorable M. Patrick Maguire presiding.

- 2 -

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of October, 2025.

_____
Caitlin A. McCamish, Clerk of Court